**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION
IN ADMIRALTY**

| | |
|---|---|
| **IN THE MATTER OF THE COMPLAINT OF JOEL EDWARD WATSON AS OWNER OF THAT CERTAIN 2023 FOUNTAIN MODEL 38TE, U.S. COAST GUARD OFFICIAL NO. 1337134, HULL ID NO. FGQ8K230B232, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | **CIVIL ACTION NO.: 1:23-cv-292-HSO-RPM** |
| | **CONSOLIDATED WITH:** |
| **IN THE MATTER OF HERBERT STANFORD As Owner of the 2021 Blue Wave 2800 Makaira and her Cargo, Engines, Tackle, Gear, Appurtenances, Etc., In Rem** | **CIVIL ACTION NO.: 1:23-cv-301-HSO-RPM** |

**ORDER GRANTING JOINT MOTION TO DISMISS**

**CONSIDERING** the Joint Motion to Dismiss filed by Limitation Petitioners Joel Watson and Herbert Stanford in these consolidated proceedings, and for the good cause shown therein,

**IT IS HEREBY ORDERED** that the Joint Motion to Dismiss **GRANTED** and the referenced cases are **DISMISSED WITH PREJUDICE**, with each limitation petitioner to bear his own costs.

**SO ORDERED AND ADJUDGED**, this the 9th day of June, 2026.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE